# United States Court of Appeals
## For the First Circuit

---

No. 03-1172

JAMES G. BOYLE and
TUCK'S TRUCKS, INC.,

Plaintiffs, Appellants

v.

INTERNATIONAL TRUCK AND ENGINE CORPORATION,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on May 21, 2004 is amended
as follows:

Page 10:  Delete footnote 1.